IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ORANGEBURG DIVISION

| | | |
|---|---|---|
| Leona Ruth Heeter, | ) | C/A No.: 5:15-cv-01763-RBH |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| Carolyn W. Colvin, Acting Commissioner of Social Security, | ) ) | |
| | ) | |
| Defendant. | ) ) | |

On November 15, 2016, Plaintiff filed a motion for attorney's fees and costs pursuant to the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412, requesting an EAJA award of **6,844.85** in attorney's fees. On December 1, 2016, the parties filed a stipulation indicating that the parties agreed to an EAJA award of **$6,000.00** in attorney's fees. The stipulation provides that fees awarded are subject to be offset if the prevailing party owes a debt to the federal government.

Based on the parties' stipulation, the court orders the Defendant to pay the sum of **$6,000.00** in attorney's fees, subject to the Treasury Offset Program if the prevailing party owes a debt to the federal government. However, the payment shall be made payable to the claimant pursuant to *Astrue v. Ratliff*, 130 S.Ct. 2521 (2010), and mailed to his attorney, with a copy to the claimant.

**IT IS SO ORDERED**.

s/ R. Bryan Harwell
December 5, 2016                    R. Bryan Harwell
Florence, South Carolina            United States District Judge